IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CARL BAILEY                                                      PLAINTIFF

VS.                          CIVIL ACTION NO. 5:12-cv-22(DCB)(MTP)

JEFFERSON COUNTY, MISSISSIPPI, et al.                           DEFENDANTS

ORDER

This cause is before the Court on a motion <u>ore</u> <u>tenus</u> by the plaintiff for additional time to respond to the defendants' motion for summary judgment, and the defendants having represented to the Court that they have no objection to the motion, the Court finds that it should be granted. Accordingly,

IT IS HEREBY ORDERED that the plaintiff's motion for additional time to respond to the defendants' motion for summary judgment is GRANTED, and the plaintiff's response shall be due on or before March 8, 2013.

SO ORDERED, this the 4th day of March, 2013.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE